**Arch BROWN v. UNITED STATES of America.**

No. 5961.

Circuit Court of Appeals, Sixth Circuit.

June 30, 1931.

W. J. Carter, U. S. Atty., of Knoxville, Tenn.

PER CURIAM.

Docketed and dismissed by court order, pursuant to motion of counsel for appellee.

**John W. BROWN and Joseph Landon, Appellants, v. UNITED STATES of America, Appellee.**

No. 6488.

Circuit Court of Appeals, Ninth Circuit.

Sept. 2, 1931.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Pursuant to motion of counsel for respective parties, ordered appeal herein dismissed; mandate forthwith.

**C. B. BUCHANAN, A. Cellers, J. W. Bailey, and H. F. Reese, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 6598.

Circuit Court of Appeals, Ninth Circuit.

Aug. 29, 1931.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

Upon motion of counsel for respondent, consented to by counsel for petitioners, ordered petition to review in above cause dismissed without prejudice to rights of any of the parties; mandate forthwith.

**CATAWBA CONSTRUCTION COMPANY, Appellant, v. NATIONAL SURETY COMPANY, Appellee.**

No. 3200.

Circuit Court of Appeals, Fourth Circuit.

June 29, 1931.

Louie A. Whitener, of Hickory, N. C., for appellant.

J. E. Swain, of Asheville, N. C., for appellee.

PER CURIAM.

Cause docketed, and dismissed on motion of appellee.

**COLUMBUS GAS & FUEL CO. and Federal Gas & Fuel Co. v. CITY OF COLUMBUS, OHIO.**

No. 5064.

Circuit Court of Appeals, Sixth Circuit.

June 30, 1931.

See, also, 42 F.(2d) 379; 17 F.(2d) 630.

Eagleson & Laylin and John F. Wilson, all of Columbus, Ohio, for appellants.

Charles A. Leach and James M. Butler, both of Columbus, Ohio, for appellee.

PER CURIAM.

Appeal dismissed, with instructions to dismiss bill of complaint without prejudice.